1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARIA V. RIVERA AND GEORGE BELTRAN, | Case No. 09CV2686BTM (RBB) |
|---|---|
| Plaintiffs, | ORDER GRANTING EX PARTE APPLICATION TO EXCUSE DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION FROM PARTICIPATING IN THE EARLY NEUTRAL EVALUATION CONFERENCE OR ALTERNATIVELY, ALLOWING A REPRESENTATIVE OF DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION TO TELEPHONICALLY PARTICIPATE IN THE CONFERENCE [DOC. NO. 11] |
| v. | |
| AURORA LOAN SERVICES, LLC AND CAL-WESTERN RECONVEYANCE CORPORATION, | |
| Defendants. | |

PLEASE TAKE NOTICE that the Court considered, Defendant Cal-Western Reconveyance Corporation's EX PARTE APPLICATION FOR AN ORDER EXCUSING DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION FROM PARTICIPATION IN THE EARLY NEUTRAL EVALUATION CONFERENCE OR, ALTERNATIVELY, FOR AN ORDER ALLOWING A REPRESENTATIVE OF DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION TO TELEPHONICALLY PARTICIPATE IN THE EARLY NEUTRAL EVALUATION CONFERENCE. After reviewing the moving papers, Plaintiffs' Objection [doc. no. 12], and otherwise being fully-advised of the facts and legal issues presented,

///

///

///

IT IS HEREBY ORDERED:

1. The Defendants' EX PARTE APPLICATION FOR AN ORDER EXCUSING DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION FROM PARTICIPATION IN THE EARLY NEUTRAL EVALUATION CONFERENCE OR, ALTERNATIVELY, FOR AN ORDER ALLOWING A REPRESENTATIVE OF DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION TO TELEPHONICALLY PARTICIPATE IN THE EARLY NEUTRAL EVALUATION CONFERENCE is **GRANTED**.

A representative of Defendant Cal-Western may appear telephonically at the Early Neutral Evaluation Conference set for February 22, 2010.

Dated: February 10, 2010

Ruben B. Brooks
United Stated Magistrate Judge

-2-
ORDER                                           Order Granting Ex Parte Application.wpd